STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM SAPP, DEFENDANT-APPELLANT.

Argued September 27, 1976—Decided October 20, 1976.

*Mr. Philip Elberg,* Designated Counsel, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. William F. Bolan, Jr.,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Ms. Barbara Ann Villano,* Deputy Attorney General, of counsel and on the brief).

PER CURIAM. ▆▆▆ The judgment is reversed substantially for the reasons expressed by Judge Morgan in her dissenting opinion. 144 *N. J. Super.* 455 at 460.

Three members of the Court would affirm substantially for the reasons expressed in the majority opinion of the Appellate Division.

*For reversal*—Chief Justice HUGHES, Justices PASHMAN and CLIFFORD and Judge CONFORD—4.

*For affirmance*—Justices MOUNTAIN, SULLIVAN and SCHREIBER—3.